IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00214-DDD-KAS

NICHOLE L. CLARK;
VALITA A. LEONARD,

    Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

## FINAL JUDGMENT

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Motion to Dismiss, filed July 2, 2024, by the Honorable Daniel D. Domenico, United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

    ORDERED that judgment is hereby entered in favor of Defendant, State Farm Mutual Automobile Insurance Company, and against Plaintiffs, Nichole L. Clark and Valita A. Leonard, on Defendant's Motion to Dismiss. It is further

    ORDERED that plaintiffs' complaint and action are **DISMISSED WITHOUT PREJUDICE.**

DATED at Denver, Colorado this <u>2nd</u> day of July, 2024.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk